**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6501**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TIMOTHY MARK PARMER,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Fox, Senior District Judge. (4:08-cr-00019-F-1; 4:11-cv-00042-F)

Submitted: July 21, 2011                Decided: July 26, 2011

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Timothy Mark Parmer, Appellant Pro Se. Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Mark Parmer appeals the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2011) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Parmer</u>, Nos. 4:08-cr-00019-F-1, 4:11-cv-00042-F (E.D.N.C. Mar. 31, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>